IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
05 JUN 20 AM 11: 45

RALPH L. DELOACH
CLERK
BY_____DEPUTY
AT KANSAS CITY, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:01CR20034-001-KHV |
| CEDRIC BRYANT BRAXTON | ) |
| Defendant. | ) |

## ORDER TO WITHDRAW SUPERVISED RELEASE VIOLATION

**NOW ON THIS** 16th day of June 2005, the above-entitled matter comes before the Court at the request of the U.S. Probation Office for an Order withdrawing the previously-filed violation and allowing the defendant to continue her term of supervision.

On January 2, 2002, Cedric Braxton pled guilty to one count of Bank Robbery, and was sentenced to 46 months custody of the Bureau of Prisons, followed by a three-year supervised release term.

A Probation Form 12C, Request For Warrant Or Summons For Offender Under Supervision, was filed with the Court on October 15, 2004, due to his failure to report to the U.S. Probation Office, and his failure to abstain from drug use.

**IT IS ORDERED** that the Probation Form 12C, Request For Warrant Or Summons For Offender Under Supervision, is withdrawn, and the defendant is allowed to continue his current term of supervision.

Dated this 16th day of June, 2005.

The Honorable Kathryn H. Vratil
U.S. District Judge

SCANNED